No. 3624.

(Court of Appeal, Parish of Orleans.)

MISS M. A. BRENNAN vs CITY OF NEW ORLEANS.

Appeal from Civil District Court, Division "D."

Robert O'Connor, for Plaintiff and Appellant.

H. G. Dupre, for Defendant and Appellee.

The issues herein are identical with those presented in the case of Aztec Land Co., Ltd., vs. City of New Orleans.

DUFOUR, J. The question presented is identical with that in Aztec Land Co., Ltd., vs. City of New Orleans, decided this date.

For the reasons therein assigned, it is ordered that the judgment be amended by rejecting the plaintiff's demand for the cancellation of all tax privileges frim 1885 to 1900, both inclusive, and from 1870 to 1876, both inclusive, defendant to pay costs of lower court, and plaintiff's those of appeal, and as amended, that the judgment be affirmed.

February 20th, 1905.

Rehearing refused April 19, 1905.